**ORIGINAL**

**LODGED**

FILED
CLERK, U.S. DISTRICT COURT

OCT 5 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE PASSARELLI,<br><br>        Plaintiff,<br><br>    vs.<br><br>GENERAL ELECTRIC HEALTHCARE FINANCIAL SERVICES; GENERAL ELECTRIC CAPITAL; AND DOES 1 TO 100,<br><br>        Defendants. | CASE NO. CV-05-02599 SJO (CWx)<br><br>STIPULATION RE: DISMISSAL WITH PREJUDICE; AND [PROPOSED] ORDER THEREON |

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

DOCKETED ON CM

OCT 6 2005

BY _____ 006

LA/1144333.1

**STIPULATION RE DISMISSAL WITH PREJUDICE; AND [PROPOSED] ORDER THEREON**

13

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that the above-captioned action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a) (1). Each party shall bear its own costs and attorneys' fees.

DATED: 10/4, 2005

LESLIE L. ABBOTT
ELIZABETH A. FALCONE
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
ELIZABETH A. FALCONE

Attorneys for Defendant
GE CAPITAL CORPORATION

DATED: 9/6, 2005

PETER K. LEVINE
LAW OFFICES OF PETER K. LEVINE

By: _____
PETER K. LEVINE

Attorneys for Plaintiff
SHANE PASSARELLI

IT IS SO ORDERED:

DATED: 10/5, 2005

_____
The Honorable S. James Otero
United States District Court Judge

-1-

LA/1144333.1

STIPULATION RE DISMISSAL WITH PREJUDICE; AND ORDER THEREON

# PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              ) ss:
CITY AND COUNTY OF LOS ANGELES )

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

On October 4, 2005, I served the foregoing document(s) described as:

**STIPULATION RE: DISMISSAL WITH PREJUDICE; AND [PROPOSED] ORDER THEREON**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Peter K. Levine, Esq.
Albert J. Gopin, Esq.
5670 Wilshire Blvd., Suite 720
Los Angeles, California 90036

☐ **VIA OVERNIGHT MAIL:**
VIA UNITED PARCEL SERVICE, INC.: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**
I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on October 4, 2005 with postage thereon fully prepaid, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 4, 2005, at Los Angeles, California.

_____
Vilma Böttger

PROOF OF SERVICE